UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>SUZI QUI, et al.,<br><br>    Defendants. | No. 2:22-cv-01821-EFB (PC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

      Plaintiff is a civil detainee proceeding without counsel in an action brought under 42 U.S.C. § 1983 and filed on October 6, 2022. ECF No. 1. He has filed an in forma pauperis application in which he states that he has no cash. ECF No. 2 at 2. However, his inmate trust account statement reflects that as of September 20, 2022, he had a balance of $5221.90. ECF No. 6 at 1.

      The court may authorize the commencement of an action "without prepayment of fees or security therefor" by an individual who submits an application evidencing an inability to pay such fees or give security therefor. 28 U.S.C. § 1915(a). Plaintiff's claim of inability to pay the filing fee in his application before the court is contradicted by his inmate trust account statement. It will therefore be recommended that the application to proceed in forma pauperis be denied and that plaintiff be required to pay the $402.00 before this action can proceed.

/////

1

Accordingly, IT IS ORDERED that the Clerk of the Court randomly assign a United States District Judge to this action.

Further, IT IS RECOMMENDED that:

1. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, be DENIED; and

2. Plaintiff be ordered to pay the $402 filing fee within fourteen days from the date of any order adopting these findings and recommendations and be warned that failure to do so will result in the dismissal of this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 24, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE