UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUZI QUI, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-01821-WBS-EFB (PC)<br><br><br>ORDER |

Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 25, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 25, 2022, are adopted in full;
2. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is DENIED; and
3. Plaintiff shall pay the $402 filing fee within fourteen days from the date of this order. Failure to do so will result in the dismissal of this action.

Dated:  November 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE